**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6618**

_____

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

JOHN WESLEY REED, III,

             Defendant – Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., Chief District Judge.  (1:98-cr-00285-JAB-1)

_____

Submitted:  July 21, 2011              Decided:  July 26, 2011

_____

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Wesley Reed, III, Appellant Pro Se.  Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Wesley Reed, III, appeals the district court's order denying Reed's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Reed, No. 1:98-cr-00285-JAB-1 (M.D.N.C. Apr. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED